## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Shana and Kristopher Mangold , | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 4:21-cv-01063-UNA |
| Cavalry SPV I, LLC, et al, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was opened on August 25, 2021 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:21-cv-00054-**NAB**.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-01063 UNA be administratively closed.

GREGORY J. LINHARES<br>CLERK OF COURT

Dated: August 26, 2021                By:  /s/ Michele Crayton
                                                                  Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:21-cv-00054-NAB.**