# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| SHANA MANGOLD, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CAVALRY SPV I, LLC, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:21-CV-0054-RHH |

## ORDER OF DISMISSAL

Upon the filing of the parties' Joint Stipulation for Dismissal (ECF No. 79),

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the claims in this action are **DISMISSED with prejudice.** Each party shall bear its own fees and costs.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of March, 2023.